# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1671
LT Case No. 16-1996-CF-5425-A

_____

ROBERT LASTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Robert Laster, Lake City, pro se.

James Uthmeier, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

March 10, 2026

PER CURIAM.

AFFIRMED.

HARRIS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____